McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6421
Facsimile: (202) 307-0054

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WOLF LAW FIRM,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL CLAIMANTS TO SURPLUS PROCEEDS AFTER TRUSTEE'S SALE OF REAL PROPERTY LOCATED AT: 1236 WOODSIDE GLEN WAY, SACRAMENTO, CA 95833<br><br>    Defendants. | Civil No. 2:05-CV-1607-MCE-GGH<br><br>[Sacramento County Superior Court Case No. 05CS00931]<br><br>**UNITED STATES' EX-PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT, and ORDER** |

Defendant United States of America applies to this Court for an extension of time to respond to the complaint recently removed to this Court from the Superior Court of California, Sacramento County.

1. On or about May 20, 2005, plaintiff, the Wolf Law Firm ("Plaintiff"), filed its Petition and Declaration Regarding Unresolved Claims and Deposit of Undistributed Surplus Proceeds of Trustee's Sale (hereinafter, "Complaint"), case no. 05CS00931, with the Superior Court. Plaintiff, in its Complaint, alleges that defendants are potential claimants to surplus proceeds, in the amount of $115,770.51, that were generated after Plaintiff, as trustee, sold certain real property located in Sacramento, California.

///

///

EX-PARTE APPLICATION

1.  2. Fed. R. Civ. P. 81(c) requires that a response to a complaint be filed within 20 days of receipt of the complaint and within 5 days of the removal of the action to District Court, whichever is longer. Thus, if the pleading had been filed originally in this court, the United States would have had 60 days from the date of service on the United States Attorney's Office to respond. Fed. R. Civ. P. 12(a)(3)(A). However, the proper United States Attorney's Office was not served.[1]

2.  3. Accordingly, the United States requests a reasonable amount of time, until October 11, 2005, to file an answer or otherwise respond to the Complaint.

DATED this 11th day of August, 2005.

McGREGOR W. SCOTT
United States Attorney

 /s/ - Paul Ham
PAUL S. HAM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 307-6421
Facsimile:   (202) 307-0054

Attorneys for the United States

---

[1] Plaintiff served the United States Attorney's Office for the Northern District of California and not for Eastern District of California as required by 28 U.S.C. § 2410(b). See Proof of Service List, attached to Complaint.

EX-PARTE APPLICATION                    -2-

**ORDER**

IT IS HEREBY ORDERED THAT the United States has through and including October 11, 2005, in which to serve a response to the Complaint.

Date: August 22, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE