McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6421
Facsimile: (202) 307-0054

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOLF LAW FIRM,<br><br>      Plaintiff,<br><br>      v.<br><br>ALL CLAIMANTS TO SURPLUS PROCEEDS AFTER TRUSTEE'S SALE OF REAL PROPERTY LOCATED AT 1236 WOODSIDE GLEN WAY, SACRAMENTO, CA 95833<br><br>      Defendants. | No. CIV-S-05-1607 MCE/GGH<br><br>**UNITED STATES' REQUEST FOR TRANSFER AND DEPOSIT OF EXCESS PROCEEDS INTO THIS COURT'S REGISTRY, and ORDER** |

      The United States, through undersigned counsel, hereby requests that the excess proceeds from a foreclosure sale currently held by the Superior Court of California, Sacramento County ("Superior Court") be transferred and deposited into this Court's Registry until the parties' claims in this action are resolved. In support thereof, the United States states as follows:

      1.      On or about May 20, 2005, plaintiff, the Wolf Law Firm ("Plaintiff"), filed its Petition and Declaration Regarding Unresolved Claims and Deposit of Undistributed Surplus Proceeds of Trustee's Sale (hereinafter, "Complaint"), case no. 05CS00931, with the Superior Court. Plaintiff, in its Complaint, alleges that defendants are potential claimants to surplus proceeds, in the amount of $115,770.51, that were generated after Plaintiff, as trustee, sold certain real property located in Sacramento, California.

///

1        2.   On August 11, 2005, the United States removed this action from the Superior Court to the

2  United States District Court for the Eastern District of California.  The United States removed this action

3  as a matter of right pursuant to 28 U.S.C. §§ 1444 and 2410(a).

4        3.   Since this case has been removed, the excess proceeds should be transferred from the

5  Superior Court and deposited into and held by this Court's Registry until the defendants' claims are

6  resolved.

7        4.   A proposed Order is submitted herewith.

8  WHEREFORE, the United States prays that the excess proceeds currently held by the Superior

9  Court of California, Sacramento County be ordered transferred and deposited into this Court's Registry.

10  Respectfully submitted this 1st day of December, 2005.

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

                                               /s/ - Paul Ham
                                                PAUL S. HAM
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                Post Office Box 683
                                                Ben Franklin Station
                                                Washington, D.C.  20044
                                                Telephone: (202) 307-6421
                                                Facsimile: (202) 307-0054

                                                Attorneys for the United States

**ORDER**

This Court having read and considered the United States' Request for Transfer And Deposit of Excess Proceeds Into This Court's Registry and good cause being shown,

IT IS HEREBY ORDERED that the Request is granted and the Superior Court of California, Sacramento County shall transfer and deposit the excess proceeds into this Court's registry as follows:

1. The amount currently held by the Superior Court, $115,770.51 and all accrued interest, in relation to the above-captioned case shall be sent by check to this Court.

2. The check shall be made payable to the United States District Court with the notation "USDC Civil Case No. CIV. 2:05-CV-1607-MCE-GGH" and mailed, along with a copy of this Order, to:

> Jack L. Wagner, Clerk
> United States District Court
> Eastern District of California
> 501 "I" Street
> Sacramento, CA 95814

Dated: December 5, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE