1  McGREGOR W. SCOTT
   United States Attorney
2
   PAUL S. HAM
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Ben Franklin Station
5  Washington, D.C.  20044-0683
   Telephone:  (202) 307-6421
6  Facsimile:   (202) 307-0054

7  Attorneys for the United States of America

8

9

10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

14  WOLF LAW FIRM,                      )
                                        )   Civil No. CIV-S-05-1607 MCE/GGH
15          Plaintiff,                  )
                                        )
16     v.                               )
                                        )   **STIPULATED DISMISSAL OF PLAINTIFF**
17  ALL CLAIMANTS TO SURPLUS PROCEEDS   )   **WOLF LAW FIRM, and ORDER**
    AFTER TRUSTEE'S SALE OF REAL        )
18  PROPERTY LOCATED AT 1236 WOODSIDE   )
    GLEN WAY, SACRAMENTO, CA 95833      )
19                                      )
            Defendants.                 )
20                                      )
                                        )
21  _____)

22

23          Plaintiff, Wolf Law Firm., and defendants the United States of America and Monetary Recovery

24  Services (the entity retained by defendant Charles Johnson), through their respective attorneys, hereby

25  agree and stipulate as follows:

26  ///

27  ///

28                                      -1-

1.     On or about May 20, 2005, plaintiff, the Wolf Law Firm ("Plaintiff"), filed its Petition and Declaration Regarding Unresolved Claims and Deposit of Undistributed Surplus Proceeds of Trustee's Sale (hereinafter, "Complaint"), case no. 05CS00931, with the Superior Court.  Plaintiff, in its Complaint, alleges that defendants are potential claimants to surplus proceeds, in the amount of $115,770.51, that were generated after Plaintiff, as trustee, sold certain real property located in Sacramento, California.

2.     On August 11, 2005, the United States removed this action from the Superior Court to the United States District Court for the Eastern District of California.  The United States removed this action as a matter of right pursuant to 28 U.S.C. §§ 1444 and 2410(a).

3.     The parties agree that Plaintiff is dismissed from this action, disclaiming any interest or claim to the interpleaded funds and being absolved of any liability related to the distribution of such funds.

McGREGOR W. SCOTT
United States Attorney

Dated this 5th day of December, 2005     /s/ - Paul Ham
PAUL S. HAM
Trial Attorney, Tax Division
U.S. Department of Justice, P.O. Box 683
Ben Franklin Station, Washington, D.C. 20044
(Attorneys for the United States)

Dated this 1st day of December, 2005     /s/ - Daniel Fujimoto *
DANIEL K. FUJIMOTO
The Wolf Law Firm
245 Fischer Avenue, Suite A9
Costa Mesa, California 92626
(Attorney for the Wolf Law Firm)

Dated this 1st day of December, 2005     /s/ - Anthony Ventura *
ANTHONY F. VENTURA
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, California 95110-1339
(Attorney for Monetary Recovery Services,
 the entity retained by Charles Johnson)

///

///

///

1444077.1 1443929.1

1   * These parties, aware of the contents of this Stipulation, have authorized Paul Ham to electronically sign

2   the Stipulation on their behalf.

3

4   **IT IS SO ORDERED.**

5   Dated: December 13, 2005

6

7

8   _____
    MORRISON C. ENGLAND, JR.
9   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1444077.1 1443929.1