McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6421
Facsimile: (202) 307-0054

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOLF LAW FIRM,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL CLAIMANTS TO SURPLUS PROCEEDS AFTER TRUSTEE'S SALE OF REAL PROPERTY LOCATED AT 1236 WOODSIDE GLEN WAY, SACRAMENTO, CA 95833<br><br>    Defendants. | Civil No. 2:05-CV-1607-MCE-GGH<br><br>[Sacramento County Superior Court Case No. 05CS00931]<br><br>**STIPULATION BETWEEN THE UNITED STATES, MONETARY RECOVERY SERVICES, and CHARLES JOHNSON, and ORDER** |

The United States of America, Monetary Recovery Services (the entity retained by defendant Charles Johnson), and Charles Johnson hereby agree and stipulate as follows:

1.  On or about May 20, 2005, plaintiff, the Wolf Law Firm ("Plaintiff"), filed its Petition and Declaration Regarding Unresolved Claims and Deposit of Undistributed Surplus Proceeds of Trustee's Sale (hereinafter, "Complaint"), case no. 05CS00931, with the Superior Court. Plaintiff, in its Complaint, alleges that defendants are potential claimants to surplus proceeds, in the amount of $115,770.51, that were generated after Plaintiff, as trustee, sold certain real property ("subject property") located in Sacramento, California.

2.  On August 11, 2005, the United States removed this action from the Superior Court to the United States District Court for the Eastern District of California. The United States removed this action as a matter of right pursuant to 28 U.S.C. §§ 1444 and 2410(a).

1  3. On March 6, 2005, the surplus proceeds, in the amount of $115,770.51, was deposited into this Court's Registry. The only remaining parties claiming an interest in the surplus proceeds are the United States, Monetary Recovery Services, and Charles Johnson.

4. The United States' claim is derived from Charles Johnson's outstanding federal income tax liabilities, plus penalties and interest, for the 1998 through 2001 tax years ("tax periods at issue"). As of May 10, 2006, Charles Johnson remains indebted to the United States in the amount of $24,821.72, inclusive of penalties and interest, for the tax periods at issue. The United States' Notices of Federal Tax Lien for the tax periods at issue were recorded with the Sacramento County Recorder's Office and are valid and sustaining.

5. Charles Johnson held title to the subject property before Plaintiff conducted the foreclosure sale. Charles Johnson assigned any and all claims to the surplus proceeds to Monetary Recovery Services. Therefore, any amounts distributed to Monetary Recovery Services from the surplus proceeds releases any and all claims that Charles Johnson may have against the surplus proceeds.

6. Monetary Recovery Services and Charles Johnson agree that they will not hold the United States liable for any costs they incurred in this action, including attorneys' fees and costs. Similarly, the United States agrees that it will not hold either Monetary Recovery Services or Charles Johnson liable for any costs it incurred in this action, including attorneys' fees and costs.

7. Based upon the foregoing, the Clerk of Court shall distribute surplus proceeds, in the amount of $115,770.51, that is currently held by the Court's Registry as follows:

A. By sending a check, made payable in the amount of $24,821.72 to the "**United States Treasury**" with the notation "Wolf Law Firm v. All Claimants - CMN 2005105498," to:

> US Department of Justice
> Tax Division, Civil Trial - Western
> c/o Paul S. Ham, Trial Attorney
> 555 4th Street, N.W. Room 7217
> Washington DC, 20001

///
///
///
///

B.   And by sending a check, made payable in the amount of $90,948.79 (the amount of the surplus proceeds, net of the $24,821.72 distributed to the United States), to:

> Monetary Recovery Services
> c/o Anthony F. Ventura
> Miller, Morton, Caillat, & Nevis, LLP
> 25 Metro Drive, 7th Floor
> San Jose, California 95110-1339

| Dated this 10th day of March, 2006 | Dated this 9th day of March, 2006 | Dated this 9th day of March, 2006 |
|---|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | | |
| /s/ - Paul Ham<br>PAUL S. HAM<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044<br>(Attorneys for the United States) | /s/ - Anthony Ventura<br>ANTHONY F. VENTURA<br>Miller, Morton, Caillat & Nevis, LLP<br>25 Metro Drive, 7th Floor<br>San Jose, CA 95110-1339<br>(Attorney for Monetary Recovery Services, the entity retained by Charles Johnson) | /s/ - Charles Johnson<br>CHARLES JOHNSON<br>(Appearing Pro Se) |

**IT IS SO ORDERED.**

Dated: March 15, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1583906.1